<u>AFFIDAVIT OF TRUTH: STEVEN SHORT</u>

I am composing this Affidavit of Truth, where I believe that my wife, Mrs. Karissa Dyar-Short, has been subject to improper application of a Lien against her primary residence, as detailed below:

1. On May 5, 2023, I was sentenced in Case No. 19-CR-00704 [LAP]; United States District Court, Southern District of New York; Hon. Judge Preska;

2. On June 6, 2023, AUSA John E. Gura, Jr., filed a Department of Justice Notice of Lien for Criminal Fine and/or Restitution;

3. On August 24, 2023, the Clerk of Court and Comptroller for Pinellas County, FL recorded the same Notice in the County records [filed by Clerk: CLKPR12];

4. Same Lien was applied against the residence of my wife, Mrs. Karissa Dyar-Short, who resides at 10486 Valencia Road; Seminole, FL 33772, who is the sole owner of the same property, and who is not a party to my Judgement in the above-cited case;

5. Prior to the unsealing of the Indictment in my criminal case, a transfer of the same above-cited property was initiated in Good Faith, and using verifiable funds of good providence, to initiate and complete the same transfer of said property to Mrs. Dyar-Short's sole ownership, as follows [Indictment unsealed on 07/08/2021];
   [i] Application Date: May 14, 2021;
   [ii] Closing Date: July 17, 2021;
   [iii] Loan Officer: Debra Ann Barton; 1725 East Bay Drive; Suite E; Largo, FL 33771 [Contact: 727-244-6151];
   [iv] Lender Representative: Heather Lovier; 1050 Woodward Avenue; Detroit, MI 48226 ;
   [v] Title Company: Amrock, LLC; 662 Woodward Avenue; Detroit, MI 48226;
   [vi] Quit Claim Deed: prepared by Michael Bell; 702 King Farm Boulevard; Suite 155 Rockville, MD 20850;
   [vii] Signing Agent: Garrett McCallister.

6. All submissions and transactions related to this property and it's transferred ownership were completed utilizing my wife's name; employment history; check stubs or other identifying information, and are not reasonably connected to my criminal case;

7. At no time have I received notice of a United States District Court Judge or Magistrate having provided written authorization to the Department of Justice to apply this same Lien against my wife's primary residence, pursuant to 26 U.S.C. § 6334[a][13][B][i] & [ii]; see <u>Judgement</u> in above-cited case, @ pg 17;

- i -

<u>AFFIDAVIT OF TRUTH: STEVEN SHORT</u>

8. When seeking to access liquidity/equity in her residence, my wife discovered that the above-noted Lien had been imposed, even without prior written authorization by a USDC Judge or Magistrate pursuant to my criminal Judgement, even where she is no party to the same penalties or case proceedings. Therefore my same federal court should set aside or waive the same imposed Notice of Lien, which should not be imposed for the same above-noted reasons against my spouse, who is not culpable in my case circumstances to any degree.

I aver that the foregoing information is true and correct to the best of my knowledge, under penalty of Perjury; signed this 18th Day of February, 2025.

_(signature)_

Steven Short, Reg. 54087-509
Federal Correctional Institution
P.O. Box 5000, FCI 1
Oakdale, LA 71463
February 18, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

United States of America,
Plaintiff

v.

Steven Short,
Defendant

Case No. 19-CR-00704 [LAP]

Hon. Judge Preska

## Motion to Take Judicial Notice

Comes now the Defendant, Steven Short, incarcerated and filing in Pro Se Capacity, to respectfully request that the Court take notice of his attached and submitted Affidavit of Truth, regarding certain post-conviction actions which have been sought by the U.S. Department of Justice in relation to the Judgement in Defendant's criminal case. Pursuant to Fed. R. Evid. 201, Defendant requests that the Court recognize the filing and contents of his submitted Affidavit, and respond accordingly, wherein Defendant posits that any applied Lien against his spouse's primary residence should be set aside or otherwise waived in the instant case circumstances. Same request is made in the interest of equity.

Respectfully Submitted on this 18th Day of February, 2025.

Steven Short, Reg. 54087-509
Pro Se Litigant
Federal Correctional Institution
P.O. Box 5000, FCI 1
Oakdale, LA 71463

## CERTIFICATE OF SERVICE

I hereby certify that I, Steven Short, incarcerated and filing in a Pro Se Capacity, have filed a true and correct copy of the foregoing, "Motion to Take Judicial Notice", with the Clerk of the Court, USDC, SDNY, 500 Pearl Street, Room 120; New York, NY 10007-1312, signed and submitted on this 18th Day of February, 2025.

Respectfully,

Steven Short, Reg. 54087-509
Pro Se Litigant
Federal Correctional Institution
P.O. Box 5000, FCI 1
Oakdale, LA 71463

STEVEN SHORT, #54087-509
FED. CORRECTIONAL COMPLEX - OAK-
P.O. BOX 5000                      DALE
OAKDALE, LA 71463

RECEIVED
MAR 04 2025
PRO SE OFFICE

USM 4P SDNY

ATTN: PRO SE OFFICE

CLERK OF COURT
U.S. DISTRICT COURT FOR
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007-13

CERTIFIED MAIL
9589 0710 5270 2146 9841 73